1040

[Nos. 5858–8–II; 5859–6–II. Division Two. January 5, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER
F. JACKSON, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. LINDA
JACKSON, *Appellant*.

Appeals from judgments of the Superior Court for Kitsap
County, Nos. 81–1–00122–8, 81–1–00123–6, Terence Hanley
and Robert J. Bryan, JJ., entered September 8 and 3, 1981.
*Affirmed* by unpublished opinion per Petrie, J., concurred
in by Petrich, C.J., and Reed, J.

[No. 7008–1–II. Division Two. January 5, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. TORR
MARIO DUCEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 19499RO35, D. Gary Steiner, J., entered
March 3, 1983. *Affirmed* by unpublished opinion per
Worswick, J., concurred in by Petrich, C.J., and Petrie, J.

[No. 11608–8–I. Division One. January 5, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. GUY
JEFF WERNER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 81–1–03250–4, Arthur E. Piehler, J., entered
March 23, 1982. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Corbett, A.C.J., and Callow, J.